# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0089. ANDRON MIGUEL FRANCIS v. ALLSTATE INSURANCE CO.

Andron Francis filed a complaint against Allstate Insurance Co. ("Allstate") alleging claims of bad faith and failure to investigate. On April 22, 2024, the trial court granted Allstate's motion for summary judgment, finding that Francis was not a policyholder of Allstate and thus not within privity of contract. Francis filed a motion for reconsideration on April 26, which the trial court denied on August 13. Francis then filed an application for discretionary review with the Supreme Court of Georgia on September 10 and the Supreme Court transferred the application here. See S25D0137 (transferred Sept. 24, 2024). We, however, lack jurisdiction.

Generally, an order granting summary judgment is directly appealable. See OCGA § 9-11-56 (h). And ordinarily, when a party has a right of direct appeal and files a timely application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). The application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d).

Here, Francis did not file his application with the Supreme Court until 141 days after the trial court's April 22 summary judgment order. While Francis filed his application within 30 days of the order denying the motion for reconsideration, the denial of such a motion is not subject to appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, "[t]he filing of a motion for reconsideration does not toll the 30-day period for applying for appellate review." *In the Interest of A. R. B.*, 209 Ga. App. 324, 325 (1) (433 SE2d 411) (1993).

Because the application is untimely, we are without jurisdiction to consider it. See *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/24/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*